IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

H.J. HEINZ COMPANY,

        Plaintiff

vs.

BOULDER BRANDS USA, INC.
formerly known as GFA BRANDS, INC.,

        Defendant.

Civil Action No. 2:15-cv-681-LPL

## SCHEDULING ORDER

Pursuant to the Proposed Scheduling Order filed by the parties at ECF No. 52, the following Order is entered:

**A.  Date by which plaintiff's expert reports should be served:**

August 13, 2016

**B.  Date by which depositions of plaintiff's expert(s) should be completed:**

30 days following the submission of Defendant's expert reports, but the plaintiff's expert will be made available before defendant's report is due if requested.

**C.  Date by which defendant's expert reports should be served if Plaintiff conducts a survey:**

October 31, 2016

**D.  Date by which defendant's expert reports should be served if Plaintiff does not conduct a survey:**

September 30, 2016

**E.  Date by which depositions of defendant's expert(s) should be completed:**

30 days following the submission of Defendant's expert reports

The parties further agree that any expert reports related to surveys will be produced with all underlying data contemporaneously. The parties agree that all underlying data will be produced in electronic form and that Excel files or any similar data files will be produced in native format, such that any embedded formulas are functioning and accessible, consistent with the electronic production formats outlined in the Joint Rule 26(f) Report contemporaneously with any expert report related to surveys.

Dated: June 27, 2016

SO ORDERED,

_____
Honorable Lisa Pupo Lenihan
United States Magistrate Judge